UNITED STATES COURT OF INTERNATIONAL TRADE   FORM 1

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | S U M M O N S<br><br>Court No. |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | | Center (if known): | |
|---|---|---|---|
| Protest Number: | | Date Protest Filed: | |
| Importer: | | Date Protest Denied: | |
| Category of Merchandise: | | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

_____
*Date*

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Schedule of Protests** | | | | | |
| 2 | | | | | | |
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 4 | | | | | | |
| 5 | 4601-15-100014 | 11/10/2015 | 10/21/2024 | BER-4145884-3 | 9/30/2013 | 8/15/2014 |
| 6 | 3901-13-100089 | 1/30/2013 | 10/24/2024 | BER-4062679-6 | 10/11/2011 | 8/31/2012 |
| 7 | 2704-13-100580 | 3/18/2013 | 12/16/2024 | W66-0054638-7 | 1/6/2012 | 11/16/2012 |
| 8 | 2704-13-102169 | 10/18/2013 | 10/21/2024 | W66-0057872-9 | 6/22/2012 | 5/3/2013 |
| 9 | 2704-13-102224 | 10/31/2013 | 10/21/2024 | W66-0058754-8 | 8/2/2012 | 6/14/2013 |
| 10 | 2704-14-100011 | 12/18/2013 | 10/21/2024 | W66-0059320-7 | 8/28/2012 | 7/12/2013 |
| 11 | 2704-13-102582 | 12/4/2013 | 10/21/2024 | W66-0058988-2 | 8/13/2012 | 6/28/2013 |
| 12 | 2704-14-100010 | 12/18/2013 | 10/21/2024 | W66-0059907-1 | 9/30/2012 | 8/16/2013 |
| 13 | 2704-13-101145 | 6/5/2013 | 10/21/2024 | W66-0056908-2 | 5/11/2012 | 3/22/2013 |
| 14 | 2704-14-100105 | 1/13/2014 | 10/21/2024 | W66-0060167-9 | 10/15/2012 | 8/30/2013 |
| 15 | 2720-14-100099 | 1/15/2014 | 10/21/2024 | W66-0062536-3 | 5/17/2013 | 9/6/2013 |
| 16 | | | | W66-0062538-9 | 5/24/2013 | 9/6/2013 |
| 17 | 2704-14-100136 | 1/15/2014 | 10/21/2024 | W66-0060420-2 | 10/29/2012 | 9/13/2013 |
| 18 | 2704-14-100334 | 2/7/2014 | 10/21/2024 | W66-0060721-3 | 11/13/2012 | 9/27/2013 |
| 19 | 2704-14-101411 | 9/11/2014 | 10/21/2024 | W66-0062542-1 | 6/3/2013 | 4/18/2014 |
| 20 | 2704-14-100332 | 2/18/2014 | 10/21/2024 | W66-0062004-2 | 1/23/2013 | 12/6/2013 |
| 21 | 2704-14-100339 | 2/14/2014 | 10/21/2024 | W66-0061939-0 | 1/21/2013 | 12/6/2013 |
| 22 | 2704-14-100463 | 3/10/2014 | 10/21/2024 | W66-0060881-5 | 11/25/2012 | 10/11/2013 |
| 23 | 2704-14-100464 | 3/10/2014 | 10/21/2024 | W66-0061053-0 | 12/3/2012 | 10/18/2013 |
| 24 | 2704-14-100579 | 3/19/2014 | 10/21/2024 | W66-0061167-8 | 12/10/2012 | 10/25/2013 |
| 25 | 2704-14-100580 | 3/19/2014 | 12/16/2024 | W66-0061042-3 | 12/3/2012 | 10/18/2013 |
| 26 | 2704-14-101410 | 9/12/2014 | 10/21/2024 | W66-0062537-1 | 6/3/2013 | 4/18/2014 |
| 27 | 2704-14-101548 | 10/22/2014 | 10/21/2014 | W66-0062547-0 | 7/1/2013 | 5/16/2014 |
| 28 | 2704-13-101879 | 9/17/2013 | 10/21/2024 | W66-0057397-7 | 6/4/2012 | 4/19/2013 |
| 29 | 2704-13-102181 | 9/27/2013 | 10/21/2024 | W66-0057562-6 | 6/11/2012 | 4/26/2013 |
| 30 | 2704-14-101505 | 10/21/2014 | 10/21/2024 | W66-0062546-2 | 7/1/2013 | 5/16/2014 |
| 31 | 1001-15-100158 | 11/16/2015 | 10/21/2024 | 332-0216823-4 | 8/14/2014 | 6/26/2015 |
| 32 | 2704-14-101075 | 6/19/2014 | 10/21/2024 | W66-0062520-7 | 3/4/2013 | 1/17/2014 |
| 33 | 2704-14-101144 | 7/3/2014 | 10/21/2024 | W66-0062529-8 | 4/2/2013 | 2/14/2014 |
| 34 | 1001-15-100060 | 6/3/2015 | 10/21/2024 | 332-0214428-4 | 2/27/2014 | 1/9/2015 |
| 35 | 1001-15-100063 | 6/8/2015 | 10/21/2024 | BER-4179819-8 | 3/23/2014 | 2/16/2015 |
| 36 | 1001-15-100067 | 6/26/2015 | 10/21/2024 | 332-0216429-0 | 7/15/2014 | 5/29/2015 |
| 37 | 2704-14-101396 | 9/16/2014 | 10/21/2024 | W66-0062539-7 | 6/3/2013 | 4/18/2014 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 38 | 1001-15-100074 | 6/29/2015 | 10/21/2024 | 332-0216458-9 | 7/16/2014 | 5/29/2015 |
| 39 | 2704-15-100037 | 1/8/2015 | 10/21/2024 | 332-0213045-7 | 10/22/2013 | 9/5/2014 |
| 40 | 2704-15-100364 | 2/25/2015 | 10/21/2024 | 332-0213677-7 | 12/23/2013 | 11/17/2014 |
| 41 | 1001-15-100018 | 3/23/2015 | 10/21/2024 | 332-0213550-6 | 1/20/2014 | 12/5/2014 |
| 42 | 1001-15-100044 | 4/29/2015 | 10/21/2024 | BER-4183483-7 | 4/15/2014 | 2/27/2015 |
| 43 | 1001-15-100038 | 4/22/2015 | 10/21/2024 | 332-0214973-9 | 4/11/2014 | 2/20/2015 |
| 44 | 1001-15-100039 | 4/21/2015 | 10/21/2024 | 332-0214985-3 | 4/7/2014 | 2/20/2015 |
| 45 | 1001-15-100034 | 4/21/2015 | 10/21/2024 | BER-4180762-7 | 4/8/2014 | 2/20/2015 |
| 46 | 1001-15-100031 | 4/15/2015 | 10/21/2024 | 332-0214919-2 | 4/2/2014 | 2/13/2015 |
| 47 | 1001-15-100050 | 5/04/2015 | 10/21/2024 | 332-0214452-4 | 3/3/2014 | 1/23/2015 |
| 48 | 1001-15-100077 | 7/15/2015 | 10/21/2024 | BER-4192913-2 | 6/23/2014 | 5/8/2015 |
| 49 | 2704-15-100123 | 1/13/2015 | 10/21/2024 | 332-0213316-2 | 11/18/2013 | 10/3/2014 |
| 50 | 1001-15-100096 | 7/30/2015 | 10/21/2024 | 332-0216311-0 | 7/8/2014 | 5/22/2015 |
| 51 | 2704-13-102184 | 9/27/2013 | 10/21/2024 | W66-0058306-7 | 7/12/2012 | 5/24/2013 |
| 52 | | | | W66-0058408-1 | 7/17/2012 | 5/31/2013 |
| 53 | 2704-13-100623 | 3/20/2013 | 10/21/2024 | W66-0054833-4 | 1/16/2012 | 11/30/2012 |
| 54 | 2704-20-131867 | 6/23/2014 | 10/21/2024 | W66-0062523-1 | 3/11/2013 | 1/24/2024 |
| 55 | 2704-13-102260 | 11/8/2013 | 10/21/2024 | W66-0059080-7 | 8/16/2012 | 6/28/2013 |
| 56 | | | | W66-0058568-2 | 7/27/2012 | 6/7/2013 |
| 57 | 2704-13-101008 | 5/13/2013 | 10/21/2024 | W66-0055835-8 | 3/6/2012 | 1/25/2013 |
| 58 | 2704-13-102544 | 12/4/2013 | 10/21/2024 | W66-0059080-7 | 8/16/2012 | 6/28/2013 |
| 59 | 2704-14-101179 | 7/25/2014 | 10/21/2024 | W66-0062531-4 | 4/15/2013 | 2/28/2014 |
| 60 | 4601-14-102016 | 8/13/2014 | 10/21/2024 | BER-4128456-1 | 6/21/2013 | 5/2/2014 |
| 61 | 4601-15-100013 | 11/3/2014 | 10/21/2024 | BER-4134370-6 | 7/31/2013 | 6/13/2014 |
| 62 | 2704-13-101146 | 6/5/2013 | 10/21/2024 | W66-0056811-8 | 5/7/2012 | 3/22/2013 |
| 63 | 2704-13-101301 | 7/1/2013 | 10/21/2024 | W66-0057251-6 | 5/28/2012 | 4/12/2013 |
| 64 | 2704-13-101304 | 7/1/2013 | 10/21/2024 | W66-0057091-6 | 5/21/2012 | 4/5/2013 |
| 65 | 4601-20-115987 | 6/11/2020 | 10/21/2024 | BER-4128458-7 | 6/21/2013 | 5/2/2014 |
| 66 | 2704-20-141873 | 8/5/2015 | 10/21/2024 | 332-0215653-6 | 5/23/2014 | 4/3/2015 |
| 67 | 1001-15-100142 | 10/16/2015 | 12/16/2024 | BER-4196757-9 | 8/7/2014 | 6/19/2015 |
| 68 | 1001-16-100008 | 1/5/2016 | 10/21/2024 | 332-0217525-4 | 10/16/2014 | 8/28/2015 |
| 69 | 1001-16-100013 | 1/5/2016 | 10/21/2024 | BER-4204841-1 | 10/14/2014 | 8/28/2015 |
| 70 | 1001-15-100166 | 12/14/2015 | 10/21/2024 | BER-4197052-4 | 7/21/2014 | 6/26/2015 |
| 71 | 1001-16-100087 | 3/22/2016 | 10/21/2024 | BER-5001720-9 | 1/20/2015 | 12/4/2015 |

Case 1:25-cv-00068-N/A   Document 1   Filed 04/16/25   Page 5 of 12

Page 3 of 11

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 72 | 2704-14-101142 | 7/22/2014 | 10/21/2024 | W66-0062533-0 | 4/30/2013 | 3/14/2014 |
| 73 | 2704-14-101126 | 7/8/2014 | 10/21/2024 | W66-0062530-6 | 4/8/2013 | 2/21/2014 |
| 74 | 4601-14-101891 | 7/18/2014 | 10/7/2024 | BER-4114159-7 | 4/10/2013 | 2/21/2014 |
| 75 | 4601-14-101908 | 7/22/2014 | 10/21/2024 | BER-4107684-3 | 4/11/2013 | 2/21/2014 |
| 76 | 1001-16-100014 | 1/5/2016 | 10/21/2024 | BER-4207268-4 | 11/2/2014 | 9/18/2015 |
| 77 | 1001-15-100062 | 5/28/2015 | 10/21/2024 | BER-4172279-2 | 2/19/2014 | 1/9/2015 |
| 78 | 1001-15-100071 | 6/29/2015 | 10/21/2024 | BER-4195777-8 | 7/26/2014 | 6/5/2015 |
| 79 | 1001-15-100086 | 7/16/2015 | 10/21/2024 | BER-4182561-1 | 4/19/2014 | 3/6/2015 |
| 80 | 1001-15-100089 | 7/20/2015 | 10/21/2024 | BER-4191021-5 | 6/1/2014 | 4/17/2015 |
| 81 | | | | BER-4103373-8 | 7/5/2014 | 5/15/2015 |
| 82 | 1001-15-100107 | 8/5/2015 | 10/21/2024 | BER-4194425-5 | 7/9/2015 | 5/22/2015 |
| 83 | 1001-15-100128 | 9/1/2015 | 10/21/2024 | BER-4193224-3 | 7/5/2014 | 5/15/2015 |
| 84 | 1001-15-100161 | 11/17/2015 | 10/21/2024 | BER-4199397-1 | 8/27/2014 | 7/10/2015 |
| 85 | 1001-15-100139 | 10/21/2015 | 10/21/2024 | BER-4199367-4 | 8/14/2014 | 6/19/2015 |
| 86 | 1001-15-100127 | 8/31/2015 | 10/21/2024 | BER-4202719-1 | 9/23/2014 | 8/7/2015 |
| 87 | 1001-15-100159 | 11/17/2015 | 10/21/2024 | BER-4202848-8 | 9/20/2014 | 7/31/2015 |
| 88 | 1001-15-100165 | 12/14/2015 | 10/21/2024 | BER-4199486-2 | 8/27/2014 | 7/10/2015 |
| 89 | 1001-15-100167 | 12/14/2015 | 10/21/2024 | BER-4205420-3 | 10/23/2014 | 9/4/2015 |
| 90 | 1001-16-100039 | 1/20/2016 | 10/21/2024 | BER-4205485-6 | 10/21/2014 | 9/4/2015 |
| 91 | 1001-15-100099 | 7/30/2015 | 10/21/2024 | BER-4183348-2 | 4/20/2014 | 3/6/2015 |
| 92 | 1001-16-100006 | 1/5/2016 | 10/21/2024 | BER-4204663-9 | 10/21/2014 | 9/4/2015 |
| 93 | 1001-16-100011 | 1/5/2016 | 10/21/2024 | BER-4202138-4 | 10/14/2014 | 8/28/2015 |
| 94 | 1001-16-100005 | 1/5/2016 | 10/21/2024 | BER-4204851-0 | 10/21/2014 | 9/4/2015 |
| 95 | | | | BER-4205435-1 | 10/21/2014 | 9/4/2015 |
| 96 | 4601-19-104932 | 1/11/2016 | 10/21/2024 | BER-4203842-0 | 10/13/2014 | 8/28/2015 |
| 97 | 1001-16-100040 | 1/21/2016 | 10/21/2024 | BER-4212513-6 | 12/29/2014 | 11/13/2015 |
| 98 | 1001-16-100038 | 1/15/2016 | 10/21/2024 | BER-4211572-3 | 12/26/2014 | 11/6/2015 |
| 99 | | | 10/21/2024 | BER-4211573-1 | 12/24/2014 | 11/6/2015 |
| 100 | 1001-16-100085 | 3/14/2016 | 10/21/2024 | BER-5002395-9 | 2/14/2015 | 1/4/2016 |
| 101 | | | | BER-5002024-5 | 2/13/2015 | 1/4/2016 |
| 102 | 1001-16-100103 | 4/6/2016 | 10/21/2024 | BER-5002700-0 | 2/23/2015 | 1/8/2016 |
| 103 | 1001-16-100066 | 2/18/2016 | 10/21/2024 | BER-5002523-6 | 2/22/2015 | 1/18/2016 |
| 104 | 1001-16-100104 | 4/11/2016 | 10/21/2024 | BER-5001189-7 | 2/9/2015 | 12/28/2015 |
| 105 | 1001-16-100062 | 2/9/2016 | 10/21/2024 | BER-5002139-1 | 1/25/2015 | 12/11/2015 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 106 |  |  |  | BER-5000176-5 | 1/27/2015 | 12/11/2015 |
| 107 | 1001-16-100086 | 3/21/2016 | 10/21/2024 | BER-4210344-8 | 12/22/2014 | 11/6/2015 |
| 108 | 1001-16-100092 | 3/23/2016 | 10/21/2024 | BER-5000942-0 | 2/3/2015 | 12/18/2015 |
| 109 | 1001-16-100094 | 3/29/2016 | 10/21/2024 | BER-5002690-3 | 2/23/2015 | 1/8/2016 |
| 110 |  |  |  | BER-5002522-8 | 2/23/2015 | 1/8/2016 |
| 111 | 1001-16-100118 | 5/9/2016 | 10/21/2024 | BER-5004110-0 | 3/9/2015 | 1/22/2016 |
| 112 |  |  |  | BER-5005168-7 | 3/15/2015 | 1/22/2016 |
| 113 | 1001-16-100117 | 5/10/2016 | 10/21/2024 | BER-5013553-0 | 5/20/2015 | 4/1/2016 |
| 114 | 4601-16-100951 | 8/31/2016 | 10/21/2024 | BER-5012000-3 | 5/27/2015 | 4/8/2016 |
| 115 | 1001-16-100137 | 6/17/2016 | 10/21/2024 | BER-5008352-4 | 4/30/2015 | 3/11/2006 |
| 116 |  |  |  | BER-5006332-8 | 3/30/2015 | 2/12/2016 |
| 117 | 1001-16-100140 | 6/29/2016 | 10/21/2024 | BER-5008351-6 | 4/18/2015 | 2/26/2016 |
| 118 | 4601-16-100950 | 8/25/2016 | 10/21/2024 | BER-5019033-7 | 8/4/2015 | 6/17/2016 |
| 119 | 1001-16-100161 | 8/2/2016 | 10/21/2024 | BER-5017106-3 | 7/13/2015 | 5/27/2016 |
| 120 | 4601-16-100949 | 8/22/2016 | 10/21/2024 | BER-5017826-6 | 7/18/2015 | 5/27/2016 |
| 121 |  |  |  | BER-5016974-5 | 7/12/2015 | 5/27/2016 |
| 122 |  |  |  | BER-5016975-2 | 7/12/2015 | 5/27/2016 |
| 123 |  |  |  | BER-5017105-5 | 7/14/2015 | 5/27/2016 |
| 124 | 4601-16-100944 | 9/20/2016 | 10/21/2024 | BER-5016174-2 | 7/10/2015 | 5/20/2016 |
| 125 | 4601-16-101116 | 9/28/2016 | 12/16/2024 | BER-5017828-2 | 7/20/2015 | 6/3/2016 |
| 126 | 4701-16-100389 | 9/26/2016 | 10/21/2024 | BER-5016744-2 | 6/23/2015 | 5/6/2016 |
| 127 | 4601-17-101583 | 1/10/2017 | 10/21/2024 | BER-5024604-8 | 10/5/2015 | 8/19/2016 |
| 128 | 4601-17-101679 | 1/24/2017 | 10/21/2024 | BER-5031023-2 | 12/28/2015 | 11/14/2016 |
| 129 | 4601-17-102343 | 5/11/2017 | 10/21/2024 | BER-5032059-5 | 1/17/2016 | 12/2/2017 |
| 130 | 4601-17-102344 | 5/11/2017 | 10/21/2024 | BER-5032702-0 | 1/25/2016 | 12/9/2016 |
| 131 | 4601-17-102345 | 5/11/2017 | 10/21/2024 | BER-5033590-8 | 2/2/2016 | 12/16/2016 |
| 132 |  |  |  | BER-5037474-1 | 3/30/2016 | 2/10/2017 |
| 133 |  |  |  | BER-5036167-2 | 3/7/2016 | 1/20/2017 |
| 134 |  |  |  | BER-5035663-1 | 3/2/2016 | 1/13/2017 |
| 135 |  |  |  | BER-5036168-0 | 3/7/2016 | 1/13/2017 |
| 136 | 4601-17-102542 | 6/16/2017 | 10/21/2024 | BER-5034567-5 | 2/22/2016 | 1/6/2017 |
| 137 | 4601-17-102702 | 7/13/2017 | 10/21/2024 | BER-5038924-4 | 4/11/2016 | 2/24/2017 |
| 138 | 2720-17-101681 | 6/20/2017 | 10/21/2024 | BER-5037091-3 | 3/3/2016 | 1/13/2017 |
| 139 | 4601-17-102594 | 6/23/2017 | 10/21/2024 | BER-5038069-8 | 4/4/2016 | 2/17/2017 |

|     | A | B | C | D | E | F |
| --- | --- | --- | --- | --- | --- | --- |
| 3   | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 140 | 4601-17-102834 | 8/7/2017 | 10/21/2024 | BER-5040404-3 | 5/9/2016 | 3/24/2017 |
| 141 | 2720-17-101764 | 8/23/2017 | 10/21/2024 | BER-5042318-3 | 5/23/2016 | 4/7/2017 |
| 142 | 4601-17-103302 | 10/30/2017 | 10/21/2024 | BER-5050535-1 | 10/10/2016 | 8/25/2017 |
| 143 | 2704-17-103360 | 9/12/2017 | 10/21/2024 | BER-5040403-5 | 5/30/2016 | 4/14/2017 |
| 144 | 4601-17-103122 | 9/28/2017 | 10/21/2024 | BER-5044420-5 | 7/16/2016 | 5/26/2017 |
| 145 | 2704-17-103476 | 9/28/2017 | 10/21/2024 | BER-5041133-7 | 6/22/2016 | 5/5/2017 |
| 146 | 4601-17-103123 | 9/28/2017 | 10/21/2024 | BER-5044339-7 | 7/11/2016 | 5/26/2017 |
| 147 | 4601-17-103316 | 10/31/2017 | 10/21/2024 | BER-5048065-4 | 8/30/2016 | 7/14/2017 |
| 148 | 2704-17-103740 | 10/31/2017 | 10/21/2024 | BER-5048346-8 | 9/19/2016 | 8/4/2017 |
| 149 | 4701-17-100803 | 11/15/2017 | 10/21/2024 | BER-5051132-6 | 10/4/2016 | 8/18/2017 |
| 150 | 2704-17-103840 | 11/21/2017 | 10/21/2024 | BER-5049089-3 | 10/3/2016 | 8/18/2017 |
| 151 | 4601-17-103570 | 12/13/2017 | 10/21/2024 | BER-5054298-2 | 12/7/2016 | 10/20/2017 |
| 152 | 2704-17-104028 | 12/19/2017 | 10/21/2024 | BER-5049939-9 | 10/30/2016 | 9/15/2017 |
| 153 | 4601-17-103637 | 12/20/2017 | 10/21/2024 | BER-5052327-1 | 11/7/2016 | 9/22/2017 |
| 154 | 2704-17-104073 | 12/28/2017 | 10/21/2024 | BER-5052252-1 | 11/22/2016 | 10/6/2017 |
| 155 | 4701-18-100025 | 1/18/2018 | 10/21/2024 | BER-5058957-9 | 1/1/3017 | 12/17/2017 |
| 156 | 2704-18-100239 | 1/30/2018 | 10/21/2024 | BER-5053895-6 | 12/22/2016 | 11/3/2017 |
| 157 | 2704-18-100713 | 4/3/2018 | 10/21/2024 | BER-5053896-4 | 12/22/2016 | 11/3/2017 |
| 158 | 2704-18-100011 | 1/3/2018 | 10/21/2024 | BER-5056481-2 | 1/30/2017 | 12/15/2017 |
| 159 | 4601-18-100565 | 4/3/2018 | 10/21/2024 | BER-5055561-2 | 1/4/2017 | 11/7/2017 |
| 160 | 4601-18-100782 | 5/18/2018 | 10/21/2024 | BER-5062402-0 | 4/8/2017 | 2/16/2018 |
| 161 | 4601-18-100831 | 6/4/2018 | 10/21/2024 | BER-5062403-8 | 4/8/2017 | 2/16/2018 |
| 162 | 2720-18-100146 | 6/4/2018 | 10/24/2024 | BER-5062911-0 | 3/28/2017 | 2/9/2018 |
| 163 | 2720-18-100147 | 6/4/2018 | 10/24/2024 | BER-5063436-7 | 4/4/2017 | 2/16/2018 |
| 164 | 4701-18-100217 | 6/5/2018 | 10/21/2024 | BER-5063320-3 | 4/3/2017 | 2/16/2018 |
| 165 | 2704-18-100989 | 6/4/2018 | 10/21/2024 | BER-5060127-5 | 3/21/2017 | 2/2/2018 |
| 166 | 4601-18-100875 | 6/12/2018 | 10/21/2024 | BER-5061059-9 | 3/17/2017 | 1/26/2018 |
| 167 | 4601-18-100884 | 6/15/2018 | 10/21/2024 | BER-5059391-0 | 2/23/2017 | 1/5/2018 |
| 168 | 4601-18-101069 | 7/19/2018 | 10/21/2024 | BER-5063382-3 | 4/19/2017 | 3/2/2018 |
| 169 | 4601-18-101070 | 7/19/2018 | 10/21/2024 | BER-5063381-5 | 4/19/2017 | 3/2/2018 |
| 170 | 2704-18-101160 | 7/19/2018 | 10/21/2024 | BER-5062298-2 | 4/21/2017 | 3/2/2018 |
| 171 | 2704-18-101159 | 7/19/2018 | 10/21/2024 | BER-5062167-9 | 4/20/2017 | 3/2/2018 |
| 172 | 2704-18-101294 | 8/7/2018 | 8/7/2018 | BER-5062561-3 | 4/28/2017 | 3/2/2018 |
| 173 | 4601-18-101278 | 8/29/2018 | 10/21/2024 | 916-3307633-5 | 5/9/2017 | 3/23/2018 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 174 | 2704-18-101434 | 8/30/2018 | 10/21/2024 | BER-5063876-4 | 5/15/2017 | 3/30/2018 |
| 175 | 4601-18-101289 | 8/30/2018 | 10/21/2024 | 916-3319254-6 | 5/23/2017 | 4/6/2018 |
| 176 | 4601-18-101307 | 9/4/2018 | 10/21/2024 | 916-3310986-2 | 5/22/2017 | 4/6/2018 |
| 177 | 4601-18-101311 | 9/4/2018 | 10/21/2024 | 916-3325190-4 | 6/2/2017 | 4/13/2018 |
| 178 | | | | 916-3514562-5 | 1/18/2018 | 4/27/2018 |
| 179 | 2704-18-101451 | 9/4/2018 | 10/21/2024 | 916-3325969-1 | 6/15/2017 | 4/27/2018 |
| 180 | 4601-18-101314 | 9/4/2018 | 10/21/2024 | 916-3370901-8 | 7/17/2017 | 6/1/2018 |
| 181 | 4601-18-101352 | 9/14/2018 | 10/21/2024 | 916-3373072-5 | 7/19/2017 | 6/1/2018 |
| 182 | 4601-18-101401 | 9/21/2018 | 10/21/2024 | 916-3341559-0 | 6/25/2017 | 5/4/2018 |
| 183 | 4701-18-100285 | 9/13/2018 | 10/21/2024 | 916-3367103-6 | 7/12/2017 | 5/25/2018 |
| 184 | 4701-18-100288 | 9/14/2018 | 10/21/2024 | 916-3363945-4 | 7/6/2017 | 5/18/2018 |
| 185 | 2720-18-100257 | 9/21/2018 | 10/24/2024 | 916-3428509-1 | 9/18/2017 | 8/3/2018 |
| 186 | 2720-18-100263 | 10/10/2018 | 10/24/2024 | 916-3431575-7 | 9/20/2017 | 8/3/2018 |
| 187 | 4601-18-101397 | 9/20/2018 | 10/21/2024 | 916-3412243-5 | 9/13/2017 | 7/27/2018 |
| 188 | 4701-18-100298 | 9/21/2018 | 10/21/2024 | 916-3412074-4 | 9/4/2017 | 7/20/2018 |
| 189 | 4701-18-100297 | 9/21/2018 | 12/16/2024 | 916-3412097-5 | 9/4/2017 | 7/20/2018 |
| 190 | 4601-18-101480 | 10/11/2018 | 10/21/2024 | 916-3380591-5 | 8/2/2017 | 6/15/2018 |
| 191 | 4601-18-101523 | 10/17/2018 | 10/21/2024 | 916-3347725-1 | 7/12/2017 | 7/13/2018 |
| 192 | 4601-18-101479 | 10/11/2018 | 10/21/2024 | 916-3347582-6 | 7/13/2017 | 7/13/2018 |
| 193 | 4601-18-101507 | 10/15/2018 | 10/21/2024 | 916-3402498-7 | 8/28/2017 | 7/13/2018 |
| 194 | 4601-18-101510 | 10/16/2018 | 10/21/2024 | 916-3402508-3 | 8/28/2017 | 7/13/2018 |
| 195 | 4701-18-100316 | 10/19/2018 | 10/21/2024 | 916-3412033-0 | 9/1/2017 | 7/13/2018 |
| 196 | | | | 916-3412064-5 | 8/29/2017 | 7/13/2018 |
| 197 | 4601-18-101496 | 10/15/2018 | 10/21/2024 | 916-3391991-4 | 8/14/2017 | 6/29/2018 |
| 198 | 4701-18-100341 | 11/15/2018 | 10/21/2024 | 916-3399236-6 | 8/16/2017 | 6/29/2018 |
| 199 | | | | 916-3399253-1 | 8/14/2017 | 6/29/2018 |
| 200 | | | | 916-3399227-5 | 8/18/2017 | 6/29/2018 |
| 201 | | | | 916-3399045-1 | 8/15/2017 | 6/29/2018 |
| 202 | 4601-16-101117 | 10/18/2016 | 10/21/2024 | BER-5014184-3 | 6/12/2015 | 4/22/2016 |
| 203 | 4701-18-100362 | 12/17/2018 | 10/21/2024 | 916-3445650-2 | 10/6/2017 | 8/17/2018 |
| 204 | 2720-18-100301 | 12/17/2018 | 10/24/2024 | 916-3443677-7 | 10/4/2017 | 8/17/2018 |
| 205 | 4601-18-101841 | 12/20/2018 | 10/21/2024 | 916-3485639-6 | 12/4/2017 | 10/1/1918 |
| 206 | 4601-18-101849 | 12/26/2018 | 10/21/2024 | 916-3485638-8 | 12/4/2017 | 10/19/2018 |
| 207 | 4601-18-101850 | 12/26/2018 | 10/21/2024 | 916-3510915-9 | 1/3/2018 | 11/16/2018 |

| Protest No. | Date Protest Filed | Date Protest Denied | Entry No | Entry Date | Liq Date |
|---|---|---|---|---|---|
|  |  |  | 916-3510905-0 | 1/3/2018 | 11/16/2018 |
| 4601-17-101678 | 1/24/2017 | 10/21/2024 | BER-5031037-2 | 12/28/2015 | 11/14/2016 |
|  |  |  | BER-5027975-9 | 11/16/2015 | 9/3/2016 |
| 2720-19-100434 | 4/24/2019 | 10/24/2024 | 916-3538311-9 | 1/30/2018 | 12/14/2018 |
| 4601-19-103407 | 4/29/2019 | 10/21/2024 | 916-3529727-7 | 2/1/2018 | 12/21/2018 |
|  |  |  | 916-3577079-4 | 3/22/2018 | 2/15/2019 |
|  |  |  | 916-3587482-8 | 4/12/2018 | 3/15/2019 |
| 4601-19-103392 | 4/29/2019 | 10/21/2024 | 916-3529699-8 | 2/1/2018 | 12/21/2018 |
|  |  |  | 916-3598709-1 | 4/28/2018 | 3/29/2019 |
| 2720-19-100441 | 4/29/2019 | 10/24/2024 | 916-3549431-2 | 2/11/2018 | 2/12/2019 |
|  |  |  | 916-3549437-9 | 2/18/2018 | 1/18/2019 |
|  |  |  | 916-3549436-1 | 2/15/2018 | 1/18/2019 |
| 4701-19-100448 | 4/24/2019 | 10/21/2024 | 916-3565476-6 | 3/1/2018 | 1/25/2019 |
| 4601-19-103399 | 4/29/2019 | 10/21/2024 | 916-3564628-3 | 3/16/2018 | 2/15/2019 |
|  |  |  | 916-3584061-3 | 4/5/2018 | 3/8/2019 |
|  |  |  | 916-3584060-5 | 4/5/2018 | 3/8/2019 |
| 4601-19-106434 | 10/28/2019 | 10/21/2024 | 916-3678870-4 | 7/23/2018 | 6/21/2019 |
| 4601-19-106433 | 10/28/2019 | 10/21/2024 | 916-3643379-8 | 6/11/2018 | 5/10/2019 |
| 4601-19-106437 | 10/28/2019 | 10/21/2024 | 916-3731662-0 | 9/4/2018 | 8/2/2019 |
| 4601-19-106442 | 10/28/2019 | 10/21/2024 | 916-3703763-0 | 8/13/2019 | 7/12/2019 |
| 2720-19-100693 | 10/28/2019 | 10/24/2024 | 916-3702334-1 | 7/30/2018 | 6/28/2019 |
| 4601-19-106432 | 12/23/2019 | 10/21/2024 | 916-3718981-1 | 8/20/2018 | 7/19/2019 |
|  |  |  | 916-3712586-4 | 8/13/2018 | 7/12/2019 |
|  |  |  | 916-3657501-0 | 8/25/2018 | 5/24/2019 |
| 4601-19-107645 | 12/23/2019 | 10/21/2024 | 916-3832651-1 | 1/2/2019 | 11/29/2019 |
| 4601-19-107654 | 12/23/2019 | 10/21/2024 | 916-3744808-4 | 9/24/2018 | 8/23/2019 |
|  |  |  | 916-3755085-5 | 10/16/2018 | 9/13/2019 |
|  |  |  | 916-3768714-5 | 10/12/2018 | 9/13/2019 |
|  |  |  | 916-3772168-8 | 10/18/2018 | 9/13/2019 |
| 4601-19-107646 | 12/23/2019 | 10/21/2024 | 916-3812486-6 | 12/23/2018 | 11/22/2019 |
|  |  |  | 916-3796622-6 | 12/3/2018 | 11/1/2019 |
|  |  |  | 916-3781909-4 | 11/21/2018 | 10/18/2019 |
| 4601-20-109990 | 3/4/2020 | 10/21/2024 | 916-3879981-6 | 2/14/2019 | 1/17/2020 |
|  |  |  | 916-3850535-3 | 3/25/2019 | 2/21/2020 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 242 | 2720-20-101584 | 3/4/2020 | 10/24/2024 | 916-3894289-5 | 3/21/2019 | 2/21/2020 |
| 243 | 4601-20-110421 | 3/11/2020 | 10/21/2024 | 916-3859090-0 | 3/5/2019 | 1/31/2020 |
| 244 | 2720-20-101975 | 4/20/2020 | 10/24/2024 | 916-3938059-0 | 5/21/2019 | 4/14/2020 |
| 245 | | | | 916-3938135-8 | 5/20/2019 | 4/17/2020 |
| 246 | | | | 916-3912995-5 | 4/16/2019 | 3/13/2020 |
| 247 | 4601-20-113514 | 4/30/2020 | 10/21/2024 | 916-3930429-3 | 5/20/2019 | 4/17/2020 |
| 248 | 4601-20-114356 | 5/14/2020 | 10/21/2024 | 916-3901782-0 | 4/23/2019 | 3/20/2020 |
| 249 | 4601-20-117931 | 7/15/2020 | 10/21/2024 | 916-3937549-1 | 5/27/2019 | 4/24/2020 |
| 250 | | | | 916-3937492-4 | 5/27/2019 | 4/24/2020 |
| 251 | | | | 916-3953445-1 | 6/21/2019 | 5/22/2020 |
| 252 | 4601-20-118565 | 7/28/2020 | 10/21/2024 | 916-3953445-1 | 6/21/2019 | 5/22/2020 |
| 253 | 4601-20-118621 | 7/28/2020 | 10/21/2024 | 916-3953736-3 | 6/21/2019 | 5/22/2020 |
| 254 | 4601-20-118689 | 7/29/2020 | 10/21/2024 | 916-3953760-3 | 6/24/2019 | 5/22/2020 |
| 255 | 4601-20-118713 | 7/29/2020 | 10/21/2024 | 916-3939252-0 | 6/3/2019 | 5/1/2020 |
| 256 | 4601-20-123263 | 11/12/2020 | 10/21/2024 | 916-3978764-6 | 7/29/2019 | 6/26/2020 |
| 257 | 4601-20-124467 | 12/28/2020 | 10/21/2024 | 916-4092868-4 | 1/9/2020 | 12/11/2020 |
| 258 | | | | 916-4080161-8 | 12/16/2019 | 11/13/2020 |
| 259 | 4601-21-127972 | 6/4/2021 | 10/21/2024 | 916-4130833-2 | 3/10/2020 | 2/5/2021 |
| 260 | | | | 916-4158445-2 | 4/14/2020 | 3/12/2021 |
| 261 | 4601-21-128827 | 8/2/2021 | 10/21/2024 | 916-4164605-3 | 4/4/2020 | 3/5/2021 |
| 262 | 4601-21-128839 | 8/3/2021 | 10/21/2024 | 916-4161655-1 | 4/4/2020 | 3/5/2021 |
| 263 | | | | 916-4200547-3 | 6/12/2020 | 5/14/2021 |
| 264 | 4601-21-128893 | 8/10/2021 | 10/21/2024 | 916-4169742-9 | 4/25/2020 | 3/26/2021 |
| 265 | 4601-21-128895 | 8/10/2021 | 10/21/2024 | 916-4169738-7 | 4/25/2020 | 3/26/2021 |
| 266 | 4601-21-129399 | 9/21/2021 | 10/21/2024 | 916-4200270-2 | 6/1/2020 | 4/30/2021 |
| 267 | 4601-21-129401 | 9/21/2021 | 10/21/2024 | 916-4200189-4 | 6/1/2020 | 4/30/2021 |
| 268 | 4601-21-129424 | 9/22/2021 | 10/21/2024 | 916-4204262-5 | 6/12/2020 | 5/14/2021 |
| 269 | 4601-21-129434 | 9/23/2021 | 10/21/2024 | 916-4205666-6 | 6/19/2020 | 5/21/2021 |
| 270 | 4601-21-128842 | 8/4/2021 | 10/21/2024 | 916-4158465-0 | 4/14/2020 | 3/12/2021 |
| 271 | 4601-21-129764 | 11/2/2021 | 10/21/2024 | 916-4226065-6 | 7/17/2020 | 6/18/2021 |
| 272 | 4601-21-129771 | 11/3/2021 | 10/21/2024 | 916-4218217-3 | 7/17/2020 | 6/18/2021 |
| 273 | 4601-21-129772 | 11/3/2021 | 10/21/2024 | 916-4226054-0 | 8/3/2020 | 7/2/2021 |
| 274 | 4601-21-129776 | 11/3/2021 | 10/21/2024 | 916-4226042-5 | 8/3/2020 | 7/20/2021 |
| 275 | | | | 916-4255306-8 | 9/8/2020 | 8/6/2021 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 276 | 4601-21-129803 | 11/5/2021 | 10/21/2024 | 916-4242907-9 | 8/17/2020 | 7/16/2021 |
| 277 | 4601-21-129911 | 11/23/2021 | 10/21/2024 | 916-4261145-2 | 9/28/2020 | 8/27/2021 |
| 278 | 4601-21-129915 | 11/23/2021 | 10/21/2024 | 916-4285934-1 | 10/22/2020 | 9/17/2021 |
| 279 | 4601-21-129922 | 11/24/2021 | 10/21/2024 | 916-4275760-2 | 10/17/2020 | 9/17/2021 |
| 280 | 4601-21-130049 | 12/6/2021 | 10/21/2024 | 916-4291587-9 | 11/6/2020 | 10/8/2021 |
| 281 | 2704-21-158793 | 12/13/2021 | 10/21/2024 | 916-4291608-3 | 11/22/2020 | 10/22/2021 |
| 282 | 4601-21-130172 | 12/27/2021 | 10/21/2024 | 916-4316292-7 | 12/14/2020 | 11/12/2021 |
| 283 | 2704-21-158938 | 12/28/2021 | 10/21/2024 | 916-4305730-9 | 12/12/2020 | 11/12/2021 |
| 284 | 4601-22-130544 | 2/16/2022 | 10/21/2024 | 916-4370429-8 | 2/10/2021 | 1/7/2022 |
| 285 | 4601-22-130545 | 2/16/2022 | 10/21/2024 | 916-4353875-3 | 2/12/2021 | 1/14/2022 |
| 286 | 4601-22-130617 | 2/25/2022 | 10/21/2024 | 916-4352480-3 | 2/12/2021 | 1/14/2022 |
| 287 | 4601-22-130637 | 3/3/2022 | 10/21/2024 | 916-4353610-4 | 2/12/2021 | 1/14/2022 |
| 288 | 4601-22-131253 | 6/13/2022 | 10/21/2024 | 916-4377508-2 | 3/2/2021 | 1/28/2022 |
| 289 | 4601-22-131562 | 7/25/2022 | 10/21/2024 | 916-4404739-0 | 3/24/2021 | 2/18/2022 |
| 290 | 4601-22-131647 | 8/2/2022 | 10/21/2024 | 916-4410052-0 | 4/14/2021 | 3/11/2022 |
| 291 | | | | 916-4406619-2 | 4/16/2021 | 3/18/2022 |
| 292 | 4601-22-131663 | 8/3/2022 | 10/21/2024 | 916-4406467-6 | 4/16/2021 | 3/18/2022 |
| 293 | 4601-22-131957 | 9/7/2022 | 10/21/2024 | 916-4429235-0 | 5/20/2021 | 4/22/2022 |
| 294 | 4601-22-131965 | 9/8/2022 | 10/21/2024 | 916-4429230-1 | 5/5/2021 | 4/1/2022 |
| 295 | 4601-22-132214 | 10/13/2022 | 10/21/2024 | 916-4448261-3 | 6/7/2021 | 5/6/2022 |
| 296 | 4601-22-132224 | 10/13/2022 | 10/21/2024 | 916-4448368-6 | 6/3/2021 | 4/29/2022 |
| 297 | | | | 916-4457136-5 | 6/26/2021 | 5/27/2022 |
| 298 | | | | 916-4439692-0 | 6/7/2021 | 5/6/2022 |
| 299 | 4601-22-132813 | 12/6/2022 | 10/21/2024 | 916-4473049-0 | 7/15/2021 | 6/10//2022 |
| 300 | 4601-22-132902 | 12/13/2022 | 10/21/2024 | 916-4481209-0 | 7/17/2021 | 6/17/2022 |
| 301 | 4601-22-133121 | 12/30/2022 | 10/21/2024 | 916-4496250-7 | 8/6/2021 | 7/8/2022 |
| 302 | 4601-23-133615 | 2/12/2023 | 10/21/2024 | 916-4513489-0 | 9/21/2021 | 8/19/2022 |
| 303 | | | | 916-4547728-1 | 9/26/2021 | 8/19//2022 |
| 304 | 4601-23-133129 | 1/3/2023 | 10/21/2024 | 916-4496320-8 | 8/20/2021 | 7/8/2022 |
| 305 | 4601-23-133935 | 3/14/2023 | 10/21/2024 | 916-4568795-4 | 11/9/2021 | 10/7/2022 |
| 306 | 4601-23-134061 | 3/28/2023 | 10/21/2024 | 916-4568936-4 | 11/12/2021 | 10/14/2022 |
| 307 | 4601-23-133825 | 3/6/2023 | 10/21/2024 | 916-4559402-8 | 10/27/2021 | 9/16/2022 |
| 308 | 4601-23-134352 | 4/20/2023 | 10/21/2024 | 916-4594311-8 | 12/19/2021 | 11/18/2022 |
| 309 | 4601-23-134398 | 4/25/2023 | 10/21/2024 | 916-4583916-7 | 12/6/2021 | 11/4/2022 |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 3 | **Protest No.** | **Date Protest Filed** | **Date Protest Denied** | **Entry No** | **Entry Date** | **Liq Date** |
| 310 | 4601-23-134431 | 4/27/2023 | 10/21/2024 | 916-4620143-3 | 2/9/2022 | 1/6/2023 |
| 311 | 4601-23-135048 | 7/6/2023 | 10/21/2024 | 916-4686865-2 | 4/13/2022 | 3/10/2023 |
| 312 | 4601-23-135105 | 7/12/2023 | 10/21/2024 | 916-4686908-0 | 4/15/2022 | 3/17/2023 |
| 313 | 4601-23-135655 | 8/25/2023 | 10/21/2024 | 916-4731202-3 | 6/20/2022 | 5/19/2023 |
| 314 | 4601-23-135667 | 8/28/2023 | 10/21/2024 | 916-4736426-3 | 7/8/2022 | 6/9/2023 |
| 315 | 4601-24-136846 | 2/1/2024 | 10/21/2024 | KH5-2502361-1 | 11/10/2022 | 8/9/2023 |
| 316 | 4601-24-136847 | 2/1/2024 | 10/21/2024 | KH5-2502363-7 | 11/10/2022 | 8/9/2023 |
| 317 |  |  |  | KH5-2502586-3 | 10/28/2022 | 9/8/2023 |
| 318 | 4601-24-136915 | 2/14/2024 | 10/21/2024 | KH5-2502660-6 | 11/7/2022 | 10/6/2023 |
| 319 | 4601-24-137678 | 8/19/2024 | 10/21/2024 | KH5-2504394-0 | 4/10/2023 | 3/1/2024 |
| 320 | 4601-23-133938 | 3/14/2023 | 10/21/2024 | 916-4568951-3 | 11/11/2021 | 10/14/2022 |
| 321 |  |  |  | 916-4569160-0 | 11/9/2021 | 10/7/2022 |
| 322 |  |  |  |  |  |  |